In The
United States District Court
Southern District of Indiana
Indianapolis Division

FILED
OCT 25 2017
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Dustin Smith
Plaintiff,

-vs-

Cause no. ______

Madison Co. Correctional Complex
Mason Brizindine
Scott C. Mellinger
Correctional Officer Jackson
Defendants.

1:17-cv-3915 SEB -DML

Civil Rights Complaint
42 U.S.C. § 1983

I. Jurisdiction

Jurisdiction is conferred upon this court by virtue of Title 42 U.S.C. § 1983

II Parties

A. Plaintiff

Plaintiff Dustin Smith is an inmate currently confined in the Madison County Correctional Complex located at

125 Jackson Street Madison County, Anderson Indiana.

B. Defendants

Defendant Madison County Correctional Complex is a privately owned Correctional Facility located in Madison County, Anderson Indiana which houses local and State inmates.

Defendant Mason Brizendine is the chief security officer of the Madison County Correctional Complex

Defendant Jackson is a correctional officer employed by the Madison County Sheriff's Department And the Madison County Correctional Complex.

Defendant Scott C. Mellinger is the Sheriff of Madison County

Facts

On or About July 13, 2017, While confined in the Madison County Correctional Complex, I, inmate Dustin Smith, was approached by Correctional officer Jackson And was told to remove A staple for

the electrical socket located on Dorm 2. After advising Correctional officer Jackson that the staple was lodged to far into the socket, and that I could not reach it by hand, Correctional officer Jackson handed me a pair of scissors and again demanded that I remove the staple. Upon officer Jackson's request, I preceded to remove the staple. Upon doing so however, I was severly shocked by the electricity running through the sockets. At all relevant times, officer Jackson was acting within his compacity as a Correctional officer of the Madison County Correctional Complex.

## Complaint

Correctional officer Jackson violated Plaintiff's Eighth (8th) Amendment right to be free from cruel and unusual punishment when he (Correctional officer Jackson) ordered Plaintiff to remove the staple from the electrical socket with scissors knowing that the electricity had not been shut off. As a direct result of officer Jackson's actions, Plaintiff was electricuted and suffered severe pain.

Correctional officer Jackson violated a duty of trust when he failed to inform Plaintiff that the electricity had not been shut off before ordering Plaintiff to remove the staple from the electrical socket utilizing metal scissors thereby causing Plaintiff to be shocked and undergo severe pain.

Correctional officer Jackson was negligent in failing to ensure that the electricity had been shut off before requesting Plaintiff to stick scissors into the electrical socket to remove the staple As a result of Defendant's negligence, Plaintiff was electricuted and suffered severe pain.

Relief Requested

Plaintiff request punitive damages in the Amount of twenty-five (#25,000.00) thousand dollars and declatory damages in the amount of twenty-five (# 25,000.00) thousand dollars for a total award of fifty (#50,000.00) thousand dollars.

Respectfully

[signature]

Dustin Smith